958

No. D-363.   IN RE DISBARMENT OF GIGLIOTTI.   Disbarment entered.   [For earlier order herein, see 462 U. S. 1128.]

No. D-364.   IN RE DISBARMENT OF DOWNES.   Disbarment entered.   [For earlier order herein, see 463 U. S. 1204.]

No. D-381.   IN RE DISBARMENT OF CAIRO.   It is ordered that Victor C. Cairo, of Racine, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-384.   IN RE DISBARMENT OF BIZAR.   It is ordered that Philip Harold Bizar, of Highland Park, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-385.   IN RE DISBARMENT OF DRAWDY.   It is ordered that J. Wesley Drawdy, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-386.   IN RE DISBARMENT OF PERLOW.   It is ordered that Solomon Perlow, of Lawrence, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-387.   IN RE DISBARMENT OF MANDELL.   It is ordered that Irving Mandell, of Valley Stream, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82-485.   KEETON v. HUSTLER MAGAZINE, INC., ET AL. C. A. 1st Cir.   [Certiorari granted, 459 U. S. 1169.]   Treating the telegram of David L. Kahn, Esquire, received November 3, 1983, as a motion of Larry Flynt for leave to present oral argument *pro se,* the motion is denied.   Stephen M. Shapiro, Esquire, of Chicago, Ill., is invited to present oral argument as *amicus curiae* in support of the judgment below.